UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                               No. 2:21-CR-20023

JAMES SCHROER                                                                                              DEFENDANT

## OPINION AND ORDER

Before the Court is the Government's motion (Doc. 35) to dismiss without prejudice the indictment that was brought against Defendant James Schroer in this case. Rule 48(a) of the Federal Rules of Criminal Procedure permits the Government to dismiss an indictment before trial begins "with leave of court." The Government's motion comes after a rather lengthy process of psychiatric evaluation which ultimately resulted in a governmental forensic psychologist opining that Mr. Schroer is not competent to stand trial and is unlikely to be restored to competency absent forced medication. *See* Doc. 33, pp. 16–17. Instead of asking this Court to forcibly medicate Mr. Schroer, the Government is electing to dismiss the charges against him in this case without prejudice, and to pursue civil commitment proceedings against him in the Eastern District of North Carolina. Mr. Schroer's attorney in the instant matter has filed a response stating he does not oppose the Government's motion. *See* Doc. 36. The Court finds that the Government's motion should be granted. The Court takes no position on whether Mr. Schroer should be subject to civil commitment, as this is a matter properly within the jurisdiction of the Eastern District of North Carolina, where the civil commitment proceeding has been initiated. *See* 18 U.S.C. § 4246.

IT IS THEREFORE ORDERED that the Government's motion to dismiss (Doc. 35) is GRANTED, and the indictment in this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of October, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE